*Eileen F. McCarthy*, assistant state's attorney, in opposition.

Decided March 2, 2005

## STATE OF CONNECTICUT *v.* GLEN S. JACKSON

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 803 (AC 24141), is denied.

*Brian J. Woolf*, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided March 2, 2005